WILLIAM E. KLING, Respondent, v. GOTTLIEB H. TOBIAS, Appellant.— Motion for reargument denied, with ten dollars costs. (See 176 App. Div. 947.)

CATHERINE A. GREENWOOD, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY and Another, Respondents.— Motion to vacate order of dismissal denied.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. LEO URBAN and BERNARD OSMONSKI, Defendants.— Motion to amend notice of appeal by inserting name of defendant Bernard Osmonski as party appellant denied, upon the ground that the court is without power to allow the amendment.

In the Matter of the Application of JAMES O. SEBRING and WARREN J. CHENEY for an Order Determining and Enforcing Their Lien against Certain Funds in the Hands of the Steuben County Treasurer.— Motion to dismiss appeal denied, upon condition that appellants within five days after demand furnish to respondents certified copies of exhibits demanded.

ELM PERMANENT LOAN ASSOCIATION, Respondent, v. FRIEDERICH BURSCH, Appellant.— Motion to dismiss appeal granted.

EMMA JOHNSON, Respondent, v. THE CITY OF BUFFALO, Appellant.— Order dismissing appeal vacated upon stipulation filed.

GEORGE E. GREEN, as State Commissioner of Excise of the State of New York, Appellant, v. JOHN BOGDAN and CAPITAL CITY SURETY COMPANY, Respondents.— Order entered upon stipulation filed, substituting Herbert S. Sisson as State Commissioner of Excise in the place and stead of George E. Green, deceased.

EUGENE C. ROBERTS, Plaintiff, v. LOUIS P. FUHRMANN, as Mayor of the City of Buffalo, and Others, Defendants.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTIE DAWSON and Another, Respondents, v. EDWIN DUFFEY, as Commissioner of Highways, Appellant.— Order affirmed, with costs, upon the authority of *People ex rel. Dole* v. *Town of Hamburg* (58 Misc. Rep. 643; 127 App. Div. 948; affd., 193 N. Y. 614, on opinion of Haight, J., in *Smith* v. *B. & A. R. R. Co.*, 181 id. 132.) All concurred.

In the Matter of the Application of ISABEL W. G. REED for an Order Directing the Issuance of a Writ of Mandamus against THE NATIONAL ORDER OF DAUGHTERS OF ISABELLA and Others.— Order affirmed, with costs. All concurred; De Angelis, J., not sitting.

S. M. FLICKINGER COMPANY, Respondent, v. VIVIA A. CARLYLE, Appellant.— Judgment and order affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. RYAN, Relator, v. LOUIS P. FUHRMANN and Others, Comprising the Council of the City of Buffalo, Respondents.— Determination confirmed and writ of certiorari dismissed, without costs. All concurred.